UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07CIV7726

RICHARD MARINO

, Plaintiff(s)

- against -

GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC AND JOSEPH PALLADINO

, Defendant(s)

State of New York     )
                      ) SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 09/11/2007 at 8:37 PM at the residence of:

    JOSEPH PALLADINO
    75 WEST END AVENUE
    NO. C., APT. 15-J
    NEW YORK NY 10023

Deponent served the:

SUMMONS IN CIVIL ACTION & COMPLAINT
INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOWELL
INDIVIDUAL PRATICES OF MAGISTRATE JUDGE EATON
PROCEDURE FOR ELECTRONIC CASE FILING

on GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC

a domestic and/or foreign corporation
by delivering thereat true copies to Joseph Palladino personally, deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be the Managing Agent and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'2''   WEIGHT: 165   HAIR: NONE   RACE: WHITE   SEX: MALE

SWORN TO BEFORE ME 9-13-07

*Yariela Gonzales*   License #1260355

OUR DOC# 19332
Day Pitney LLP
7 Times Square
20th Floor
New York NY 10036
212-297-5800
408494.121773

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011