UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CIV7726

RICHARD MARINO

, Plaintiff

- against -

GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC AND JOSEPH PALLADINO

, Defendant

State of New York    )
                     )  SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 09/11/2007 at  8:29 PM at:
    75 WEST END AVENUE
    NO. C. APT 15- J.
    NEW YORK NY 10023

Deponent served the:

SUMMONS IN CIVIL ACTION & COMPLAINT
INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOWELL
INDIVIDUAL PRATICES OF MAGISTRATE JUDGE EATON
PROCEDURE FOR ELECTRONIC CASE FILING
upon JOSEPH PALLADINO, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'2''   WEIGHT: 165    HAIR: OTHER    RACE: WHITE    SEX: MALE

Yariela Gonzales    License #1260358

SWORN TO BEFORE ME  9-12-07

**Johnysha Santana**
**Notary Public, State of New York**
**No. 01SA6168179**
**Qualified in New York County**
**Commission Expires 06/11/2011**

OUR DOC# 19333
Day Pitney LLP
7 Times Square
20th Floor
New York NY 10036
212-297-5800
408494.121773