UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARINO,

          Plaintiff,

v.

GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC and JOSEPH PALLADINO,

          Defendants.

Case No.  07-cv-7726 (RJH)(DFE)

ECF CASE

**AFFIDAVIT OF SERVICE**

Pursuant to 28 U.S.C. § 1746, **MICHAEL H. LEVISON**, states as follows:

I am over eighteen years of age, am not a party to this action and reside in New York, New York.  On the 31st day of October, 2007, I caused to be served a copy of **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** in the above matter upon: **JOSEPH PALLADINO, 75 West End Ave., #C, 15J, New York, NY 10023 on behalf of himself and GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC**, via hand delivery.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                              MICHAEL H. LEVISON

Executed on
31st  day of October, 2007