AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Richard Marino

v.

Global Capital Holdings Management, LLC
and
Joseph Palladino

**APPEARANCE**

Case Number: 07 cv 7726

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Global Capital Holdings Management, LLC, and Joseph Palladino

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/8/2007 | *[signature]* |
| Date | Signature |
| | Joseph R. Sahid   s/   JS 4027 |
| | Print Name / Bar Number |
| | 845 3d Ave., 20th Fl. |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 308-5930 / (212) 308-2760 |
| | Phone Number / Fax Number |