UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Marino

Plaintiff,

-v-

Global Capital Holdings Management, LLC,
and Joseph Palladino

Defendant.

Case No. 07 cv 7726

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Global Capital Holdings Management, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 11/8/2007

**Signature of Attorney**

**Attorney Bar Code:** JS 4027

Form Rule7_1.pdf   SDNY Web 10/2007