UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARINO,

        Plaintiff,

 against

GLOBAL CAPITAL HOLDINGS MANAGEMENT,
LLC. and JOSEPH PALLADINO,

        Defendants.

07 cv 7726(RJH)(DFE)

AFFIDAVIT OF
JOSEPH PALLADINO

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

JOSEPH PALLADINO, being duly sworn, deposes and says:

1. I am the individual defendant in this case and an officer of the corporate defendant. I am familiar with the facts, circumstances and the documents referred to herein. I make this affidavit based on my personal knowledge of the relevant facts.

2. I submit this affidavit in opposition to Plaintiff's Motion for Default Judgment.

3. Since the complaint in this case was served I have been in touch with an attorney I retained and began paying. He and I discussed the money that is the subject of the lawsuit and I thought we were about to reach an agreement with the plaintiff to restructure the note to allow the corporate defendant more time to pay it off. I have been assuming based on our conversations that the defendants' time to answer the complaint had been postponed and that ultimately the lawsuit would be dismissed. When I learned Plaintiff was filing a default motion I went to the pro se office

-1-

at the courthouse and was told no lawyer had entered an appearance on my behalf and that no answer or postponement had been entered. I immediately got the name of a lawyer through the New York City Bar Association, whom I hired to represent the defendants in this case from then on. Mr. Sahid has filed an answer to the complaint which I reviewed and with which I agree. The answer should make clear that we are fully prepared to defend the case on the merits and have meritorious defenses.

_____<br>
Joseph Palladino

Sworn to before me this
___ day of November, 2007

_____
Notary Public

JOSEPH SAHID
Notary Public, State of New York
No. 02SA5039986
Qualified in New York County
Commission Expires March 6, ~~1997~~ 2011