UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARINO,

    Plaintiff,

v.

GLOBAL CAPITAL HOLDINGS
MANAGEMENT, LLC and JOSEPH
PALLADINO,

    Defendants.

Case No. 07-cv-7726 (RJH)(DFE)

ECF CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

## AGREED ORDER FOR DISMISSAL

  Plaintiff Richard Marino ("Marino"), Global Capital Holdings Management, LLC ("GCHM") and Joseph Palladino ("Palladino") (hereinafter collectively, the "Parties" and each individually a "Party") hereby agree that:

  1. The above-captioned action is hereby dismissed without prejudice and without costs as against any Party.

  2. The Court shall retain jurisdiction over this action in order to enforce the terms of that certain settlement agreement entered into between the Parties (the "Settlement Agreement").

  3. Marino may move this Court to re-open this action in order to enforce the terms of the Settlement Agreement and to enter Judgment in accordance with the terms of the Settlement Agreement.

Dated:

               _____
               HON. RICHARD J. HOWELL
               UNITED STATES DISTRICT COURT JUDGE