UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MARINO, | : |
|           Plaintiff, | :    Case No. 07-cv-7726 (RJH)(DFE) |
| v. | :    ECF CASE |
| GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC and JOSEPH PALLADINO, | :    **MOTION TO ENTER JUDGMENT** |
|           Defendants. | : |

**PLEASE TAKE NOTICE** that, upon the Affidavit of Plaintiff Richard Marino (the "Marino Affidavit") sworn to the 15th day of February, 2008, the annexed Affidavit of Michael H. Levison, Esq. of Day Pitney LLP sworn to on the 18th day of February, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law and the annexed proposed Judgment, Marino hereby moves this Court for an Order pursuant to the terms of this Court's Agreed Order For Dismissal dated January 3, 2008 and the terms of the Settlement Agreement (as that term is defined in the Marino Affidavit), (i) re-opening this Action and (ii) entering Judgment against the Defendants, jointly and severally, in the amount of $3,500,000.00, plus post-judgment interest from the date of entry of Judgment at the federal rate set forth in 28 U.S.C. §1961; and (b) awarding to Marino such other and further relief which as to this Court seems just and proper.

Dated: New York, New York
       February 18, 2008

                                DAY PITNEY LLP
                                Attorneys for Plaintiff Richard Marino

                    By: _____
                                Michael H. Levison, Esq. (ML 8303)

                                7 Times Square
                                New York, NY 10036-7311
                                Telephone:    (212) 297-5800
                                Facsimile:    (212) 916-2940