UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARINO,                                    :

                              Plaintiff,           :    Case No.   07-cv-7726 (RJH)(DFE)

v.                                                 :    ECF CASE

GLOBAL CAPITAL HOLDINGS
MANAGEMENT, LLC and JOSEPH          :    AFFIDAVIT OF SERVICE
PALLADINO,
                                                   :
                              Defendants.
                                                   :

                                                   :

                                                   :

Pursuant to 28 U.S.C. § 1746, **MICHAEL H. LEVISON**, states as follows:

I am over eighteen years of age, am not a party to this action and reside in New York, New York.

1. On the 18th day of February, 2008, I caused to be served a copy of **PLAINTIFF'S MOTION TO ENTER JUDGMENT, AFFIDAVIT OF PLAINTIFF RICHARD MARINO IN SUPPORT OF MOTION TO ENTER JUDGMENT, AFFIDAVIT OF MICHAEL H. LEVISON, ESQ. IN SUPPORT OF MOTION TO ENTER JUDGMENT AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENTER JUDGMENT** in the above matter upon:

**Via ECF**
Joseph R. Sahid, Esq.
Attorney for Defendants Joseph Palladino and Global Holdings Management, LLC
845 Third Avenue – 20th Floor
New York, New York 10022

2. On the 18th day of February, 2008, and in accordance with the terms of that certain Settlement Agreement dated December 17, 2008, I caused to be served a copy of **PLAINTIFF'S MOTION TO ENTER JUDGMENT, AFFIDAVIT OF PLAINTIFF RICHARD MARINO IN SUPPORT OF MOTION TO ENTER JUDGMENT, AFFIDAVIT OF MICHAEL H. LEVISON, ESQ. IN SUPPORT OF MOTION TO ENTER JUDGMENT AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENTER JUDGMENT** in the above matter upon: Defendants Joseph Palladino and Global Holdings Management, LLC via e-mail at jpalladino@mac.com.

3.   On the 19th day of February, 2008, and in accordance with the terms of that certain Settlement Agreement dated December 17, 2008, I caused to be served a copy of **PLAINTIFF'S MOTION TO ENTER JUDGMENT, AFFIDAVIT OF PLAINTIFF RICHARD MARINO IN SUPPORT OF MOTION TO ENTER JUDGMENT, AFFIDAVIT OF MICHAEL H. LEVISON, ESQ. IN SUPPORT OF MOTION TO ENTER JUDGMENT AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENTER JUDGMENT** in the above matter upon: Defendants Joseph Palladino and Global Holdings Management, LLC via facsimile at 215-243-7518.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MICHAEL H. LEVISON

Executed on
20th day of February, 2008