UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARINO,

        Plaintiff,

v.

GLOBAL CAPITAL HOLDINGS MANAGEMENT, LLC and JOSEPH PALLADINO,

        Defendants.

Case No. 07-cv-7726 (RJH)(DFE)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.    Plaintiff Richard Marino shall have Judgment against Global Capital Holdings Management, LLC and Joseph Palladino, jointly and severally, in the amount of $3,500,000.00.

2.    Post-judgment interest shall accrue on the amount set forth in paragraph 1 at the rate set forth in 28 U.S.C. §1961.

Dated: 3/8/08

                              _____
                              HON. RICHARD J. HOWELL
                              UNITED STATES DISTRICT COURT JUDGE

*The Clerk is required to close this case.*